DAYLE ELIESON
United States Attorney
DANIEL J. COWHIG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101-6514
(702) 388-6336 / Fax: (702) 388-6020
daniel.cowhig@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:02-cr-195-JCM-PAL |
| Plaintiff, | FIRST STIPULATION TO CONTINUE HEARING FOR REVOCATION OF SUPERVISED RELEASE |
| vs. | |
| RICKY LEE KELLY, | |
| Defendant. | |

The United States of America, through Dayle Elieson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, and offender RICKY LEE KELLY, by and through his counsel, Kathryn Newman, Assistant Federal Public Defender, file this Stipulation to Continue the Hearing for Revocation of Supervised Release currently set for Tuesday, August 28, 2018 at 10:00 a.m. to a date not sooner than one week for the reasons set out below. Offender KELLY is in custody and agrees to the requested continuance.

## FACTUAL AND PROCEDURAL CONTEXT

Offender KELLY is serving a five-year term of supervised release as a result of his conviction in this case, consistent with his plea, of having violated Title 18, United States Code Sections 922(g)(1) and 924(e), Felon in Possession of a Firearm. ECF 26. The Court issued an

order on August 10, 2018 granting a Petition for a Warrant for an Offender Under Supervision filed by the United States Probation Office for the District of Nevada. ECF 37.

Offender KELLY appeared before the Magistrate Judge on August 14, 2018. ECF 39. The Magistrate Judge ordered offender KELLY detained pending the revocation proceeding. ECF 46.

Offender KELLY is scheduled to appear before the Court on Tuesday August 28, 2018 at 10:00 a.m. in Las Vegas Courtroom 6A for a Hearing regarding Revocation of Supervised Release. ECF 39.

The Probation Officer supervising offender KELLY will be out of the District the week of August 27, 2018.

## POINTS AND AUTHORITIES

Under Federal Rule of Criminal Procedure 32.1(b)(2), "unless waived by the person, the Court must hold the revocation hearing within a reasonable time in the District having jurisdiction." The Advisory Committee Notes indicate that "what constitutes a reasonable time must be determined on the facts of the particular case." Fed.R.Crim.P. Advisory Committee Notes to Rule 32.1.

The United States Probation Office and the United States Attorney's Office for the District of Nevada and offender KELLY and his counsel believe the interests of justice will best be served by briefly deferring the revocation hearing to a date when the probation officer supervising offender KELLY will be available to provide evidence, opinion and advice to inform the Court's decision in this matter.

The parties have conferred and continue to discuss possible resolution of the petition.

Offender KELLY is detained. Offender KELLY is aware of this request and agrees to this request.

This is the first request to continue this revocation hearing.

Based on the procedural posture of the petition for revocation and the agreement of the parties that a continuance is in the interest of justice, the parties believe a delay of two weeks is reasonable in this particular case.

RELIEF REQUESTED

For the reasons stated above, the United States and offender KELLY jointly stipulate and request the Court vacate the revocation hearing in this matter currently set for Tuesday, August 28, 2018 at 10:00 a.m. and set the revocation hearing for a date not sooner than one week from the current scheduled date.

Dated: August 24, 2018.

DAYLE ELIESON,
United States Attorney

_____//s//_____      _____//s//_____
KATHRYN C. NEWMAN                    DANIEL J. COWHIG
Assistant Federal Public Defender    Assistant United States Attorney
Counsel for offender RICKY LEE KELLY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:02-cr-195-JCM-PAL |
| Plaintiff, | PROPOSED ORDER TO VACATE AND CONTINUE HEARING FOR REVOCATION OF SUPERVISED RELEASE |
| vs. | |
| RICKY LEE KELLY, | |
| Defendant. | |

ORDER

IT IS HEREBY ORDERED, based upon the stipulation between the United States and offender KELLY and the record in this case and for good cause shown, that the revocation hearing currently scheduled for Tuesday, August 28, 2018 at 10:00 a.m. is hereby vacated and continued to **Wednesday, September 5, 2018 at 11:00 a.m., in Las Vegas Courtroom 6A.**

IT IS SO ORDERED August 27, 2018.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Daniel J. Cowhig, certify that the following individual was served with a copy of the STIPULATION TO CONTINUE HEARING FOR REVOCATION OF SUPERVISED RELEASE on this date by Electronic Case File system:

>Kathryn C. Newman
>Counsel for Ricky Lee Kelly
>Assistant Federal Public Defender
>Office of the Federal Public Defender
>411 E. Bonneville Ave., Suite 250
>Las Vegas, NV 89101
>702−388−6577
>Email: kathryn_newman@fd.org

DATED: August 24, 2018

                                          _____//s//_____
                                          DANIEL J. COWHIG
                                          Assistant United States Attorney