RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Ricky Lee Kelly

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICKY LEE KELLY,<br><br>Defendant. | Case No. 2:02-cr-195-JCM-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Ricky Lee Kelly, that the Revocation Hearing currently scheduled on September 20, 2018, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. The parties have not reached a resolution in this case. Defense counsel, Kathryn Newman, is scheduled to be out of the office from August 20, 2018 through August 21, 2018.

In light of the possibility of a contested hearing, defense counsel requests that the Court continue the hearing so that she can be present.

2. AUSA Cowhig is scheduled to be in trial the week of September 24, 2018, and is not available during that week for a hearing.

3. Probation Officer Tawni Salem advises that she is available any day of the week of October 1, 2018 with the exception of October 4, 2018.

4. The defendant is in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 18th day of September, 2018.

| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
|---|---|
| */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICKY LEE KELLY,<br><br>    Defendant. | Case No. 2:02-CR-195-JCM-PAL<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, September 20, 2018 at 10:30 a.m., be vacated and continued to **Tuesday, October 9, 2018 at 10:30 a.m.**

    DATED September 19, 2018.

 

_____
UNITED STATES DISTRICT JUDGE